1 | TUCKER ELLIS & WEST LLP
2 | CURTISS L. ISLER (SBN 146903)
  | 515 South Flower Street
3 | Forty Second Floor
  | Los Angeles, CA 90071-2223
4 | Telephone: 213.430.3400
  | Facsimile: 213.430.3409
5 | Email: Curt.Isler@tuckerellis.com

6 | TUCKER ELLIS & WEST LLP
  | LANCE D. WILSON (SBN 183852)
7 | TIMOTHY C. CONNOR (SBN 236529)
  | 135 Main Street, Suite 700
8 | San Francisco, CA 94105
  | Telephone: (415) 617-2400
9 | Facsimile: (415) 617-2409
  | Email: lance.wilson@tuckerellis.com
10| Email: timothy.connor@tuckerellis.com

11 | Attorneys for Defendant
   | UNITED TECHNOLOGIES CORPORATION

E-filing

ORIGINAL FILED
JUL - 9 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORMAN CARVETH,

    Plaintiff,

v.

ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al,

    Defendants.

CASE NO.

CERTIFICATION OF INTERESTED PARTIES

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-16, United Technologies Corporation ("UTC") states that it has no parent corporation. There is no corporation that owns 10% or more of its stock.

    The undersigned, counsel for UTC, certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the

1
CERTIFICATION OF INTERESTED PARTIES

SFOiManage/74908/00540/158942/1

1  Court to evaluate possible disqualification or recusal.

2      Global Aerospace is an insurance carrier that may have issued insurance providing
3  coverage for the incident which is the subject of this lawsuit.

5  DATED: July 9, 2008                    TUCKER ELLIS & WEST LLP

7                                         By: _____
8                                         Lance D. Wilson
                                           Timothy C. Connor
9                                         Attorneys for Defendant UNITED
                                           TECHNOLOGIES CORPORATION

---

2

CERTIFICATION OF INTERESTED PARTIES

SFOiManage/74908/00540/158942/1