TUCKER ELLIS & WEST LLP
CURTISS L. ISLER (SBN 146903)
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409
Email: Curt.Isler@tuckerellis.com

TUCKER ELLIS & WEST LLP
LANCE D. WILSON (SBN 183852)
TIMOTHY C. CONNOR (SBN 236529)
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone: (415) 617-2400
Facsimile: (415) 617-2409
Email: lance.wilson@tuckerellis.com
Email: timothy.connor@tuckerellis.com

Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION

ORIGINAL FILED
JUL - 9 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CARVETH, | CASE NO. |
| Plaintiff, | CERTIFICATION OF RELATED CASES |
| v. | |
| ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 3-12, defendant United Technologies Corporation ("UTC") hereby notifies the Court that the above-entitled action appears to involve all or a material part of the same subject matter as other actions which are pending in the United States District Court for the Eastern District of Pennsylvania, where all Federal Court asbestos personal injury actions have been centralized pursuant to the Order of the

judicial panel on multi-district litigation for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order").

In its MDL Transfer Order, the judicial panel found that the consolidated actions, similar to the instant case, dealt with common questions of fact relating to injuries or wrongful death allegedly caused by exposure to asbestos, "'and that centralization under § 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.'" *Fung v. Abex Corp.* 816 F.Supp. 569, 573 (N.D. Cal. 1992). The MDL Transfer Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. See UTC's Notice of Tag-Along Action filed concurrently herewith.

Accordingly, because the above-entitled case involves a claim for personal injuries allegedly caused by exposure to asbestos, UTC requests that this action be transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to the multi-district litigation procedures to conserve resources and promote an efficient determination of the action.

DATED: July 9, 2008

TUCKER ELLIS & WEST LLP

By: /s/ 
Lance D. Wilson
Timothy C. Connor
Attorneys for Defendant UNITED TECHNOLOGIES CORPORATION

---

2
CERTIFICATION OF RELATED CASES

SFOiManage/74908/00540/158943/1