```
 1  TUCKER ELLIS & WEST LLP
    CURTISS L. ISLER (SBN 146903)
 2  515 South Flower Street
    Forty Second Floor
 3  Los Angeles, CA 90071-2223
    Telephone: 213.430.3400
 4  Facsimile: 213.430.3409
    Email: Curtis.Isler@tuckerellis.com
 5
    TUCKER ELLIS & WEST LLP
 6  LANCE D. WILSON (SBN 183852)
    TIMOTHY C. CONNOR (SBN 236529)
 7  135 Main Street, Suite 700
    San Francisco, CA 94105
 8  Telephone: (415) 617-2400
    Facsimile: (415) 617-2409
 9  Email: lance.wilson@tuckerellis.com
    Email: timothy.connor@tuckerellis.com
10
    Attorneys for Defendant
11  UNITED TECHNOLOGIES CORPORATION
```

**ORIGINAL FILED**

JUL - 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CARVETH,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,<br><br>    Defendants. | Case No. 08 3314<br><br>**DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF TAG-ALONG ACTION**<br><br>Multi-District Rule 7.5(e) |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings

---
1
UNITED TECHNOLOGY CORPORATION'S
NOTICE OF TAG-ALONG ACTION

SFOiManage/74908/00540/158938/1

of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> "Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears."

The undersigned hereby notifies the court that this is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: July 9, 2008

TUCKER ELLIS & WEST LLP

By: _____
Lance D. Wilson
Timothy C. Connor
Attorneys for Defendant UNITED TECHNOLOGIES CORPORATION