```
TUCKER ELLIS & WEST LLP
CURTISS L. ISLER (SBN 146903)
515 South Flower Street
Forty Second Floor
Los Angeles, CA  90071-2223
Telephone:  213.430.3400
Facsimile:  213.430.3409
Email:  Curt.Isler@tuckerellis.com

TUCKER ELLIS & WEST LLP
LANCE D. WILSON (SBN 183852)
TIMOTHY C. CONNOR (SBN 236529)
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone:  (415) 617-2400
Facsimile:  (415) 617-2409
Email:  lance.wilson@tuckerellis.com
Email:  timothy.connor@tuckerellis.com

Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CARVETH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al,<br><br>　　　　Defendants. | CASE NO. C 08-03314 JL<br><br>**DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE** |

I, Anna Pasynkova, certify and declare as follows:

1. I am employed with the law firm of Tucker Ellis & West LLP, whose address is 135 Main Street, Suite 700, San Francisco, California 94105. I am over the age of 18 years, and am not a party to the within action.

2. On July 14, 2008, I served on all interested parties in this action a copy of the following documents: ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER OF JUDGE LARSON; CONTENTS OF

1 | JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A
2 | UNITED STATES MAGISTRATE JUDGE FOR TRIAL; GUIDELINES; CONSENTING TO
3 | A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF
4 | CALIFORNIA by depositing it in the United States Mail.

5     3.    I placed a true copy thereof in a sealed envelope addressed as indicated on the attached service list. As follows, I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the Unites States Postal Service on that same day in the ordinary course of business with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2008.

_____
ANNA PASYNKOVA

## CERTIFICATE OF SERVICE

I, Anna Pasynkova, declare as follows:

I am employed with the law firm of Tucker Ellis & West LLP, whose address is 135 Main Street, Suite 700, San Francisco, California 94105. I am over the age of eighteen years, and am not a party to the within action.

On July 14, 2008, I served the following documents:

**DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE**

on the interested parties in this action by:

__X__   **U. S. MAIL:** I placed a true copy thereof in a sealed envelope addressed as indicated on the attached service list. As follows, I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the Unites States Postal Service on that same day in the ordinary course of business with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

_____   **OVERNIGHT MAIL:** I sent a copy via overnight mail, Airbill No. _____.

_____   **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via _____.

_____   **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to _____ for personal service.

_____   **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**SEE ATTACHED SERVICE LIST**

_____   **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Francisco, California on July 14, 2008.

_/s/ Anna Pasynkova_
Anna Pasynkova

| | |
|---|---|
| 1 | **SERVICE LIST** |

2  BRAYTON AND PURCELL LLP
   ATTORNEYS AT LAW, PO BX 6169
3  222 RUSH LANDING ROAD
   NOVATO, CA 94948
4
   JACKSON & WALLACE LLP
5  55 FRANCISCO STREET, 6TH FLOOR
   SAN FRANCISCO, CA 94133
6
   KNOX RICKSEN, LLP
7  1300 CLAY STREET, SUITE 500
   OAKLAND, CA 946121427
8
   MCKENNA LONG & ALDRIDGE LLP
9  101 CALIFORNIA ST. 41ST FLOOR
   SAN FRANCISCO, CA 94111
10
   BOWMAN AND BROOKE LLP
11 879 WEST 190TH STREET
   SUITE 700
12 GARDENA, CA 90248

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28