ALAN R. BRAYTON, ESQ., S.B. #73685
LLOYD F. LEROY, ESQ., S.B. #203502
DAVID W. FERMINO, ESQ., S.B. #154131
BRAYTON❖PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 Fax

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CARVETH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,<br><br>　　　　Defendants. | No. C 08-03314 SI<br><br>DECLARATION OF DAVID W. FERMINO IN SUPPORT OF MOTION TO REMAND CASE TO SUPERIOR COURT FOR THE COUNTY OF SAN FRANCISCO<br><br>Date: September 19, 2008<br>Time: 9:00 a.m.<br>Dept. 10 - 19th Floor |

I, DAVID W. FERMINO, declare:

1. I am an attorney at law duly licensed to practice before the courts of the State of California and am a member of the firm of Brayton❖Purcell LLP, attorneys of record for plaintiff herein. I have personal knowledge of the following facts and, if called upon to do so, could and would competently testify thereto.

2. Plaintiff Norman Carveth filed his complaint in the California Superior Court, County of San Francisco on May 29, 2008. (Exhibit A to Notice of Removal.)

///

3. Plaintiff's complaint alleged exposure to asbestos and asbestos containing products and specified both the time periods of exposure as well as the location. Virtually all exposure was alleged to take place at several locations while plaintiff was employed as a fueler and aircraft mechanic in the United States Navy from 1943 to 1947.

4. Defendant United Technologies Corporation filed its Notice of Removal on June 27, 2008.

5. In support of its Notice, defendant filed the Declarations of Allan J. Shiffler and William P. Ringo.

6. Defendant did not submit any non-testimonial evidence. Defendant provided no military specifications, regulations or other exhibits.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of August 7, 2008 at Novato, California.

_____
DAVID W. FERMINO