```
 1  ALAN R. BRAYTON, ESQ., S.B. #73685
    LLOYD F. LEROY, ESQ., S.B. #203502
 2  DAVID W. FERMINO, ESQ., S.B. #154131
    BRAYTON❖PURCELL LLP
 3  222 Rush Landing Road
    PO Box 6169
 4  Novato, California 94948-6169
    (415) 898-1555
 5  (415) 898-1247 Fax

 6  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CARVETH,<br><br>  Plaintiff,<br><br>vs.<br><br>ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,<br><br>  Defendants. | No. C 08-03314 SI<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND<br><br>Date: September 19, 2008<br>Time: 9:00 a.m.<br>Dept. 10 - 19th Floor |

Having considered the papers and arguments submitted in support and in opposition to Plaintiff's Motion to Remand Case to the California Superior Court, County of San Francisco, and good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED and this case is REMANDED to the Superior Court of the State of California, County of San Francisco, Case No. 274677. The Clerk shall send a certified copy of this Order to the Clerk of the California

///

1  Superior Court, and that Court may thereupon proceed with the case. Plaintiff is awarded costs
2  and attorneys' fees pursuant to 28 U.S.C. section 1447(c).
3
4  **IT IS SO ORDERED.**
5
6  Dated: _____
7                                         _____
                                           Honorable Susan Illston
                                           UNITED STATES DISTRICT COURT

K:\Injured\28121\fed-prop-ord-remand.wpd                2
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND