ALAN R. BRAYTON, ESQ., S.B. #73685
LLOYD F. LEROY, ESQ., S.B. #203502
DAVID W. FERMINO, ESQ., S.B. #154131
BRAYTON✜PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 Fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CARVETH, | No. C 08-03314 SI |
| Plaintiff, | PROOF OF SERVICE - U.S. MAIL |
| vs. | Date: September 19, 2008<br>Time: 9:00 a.m.<br>Dept. 10 - 19th Floor |
| ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al., | |
| Defendants. | |

///
///
///

K:\Injured\28121\fed-prop-ord-remand.wpd

1

PROOF OF SERVICE - U.S. MAIL

# PROOF OF SERVICE

**Norman Carveth v. Allis-Chalmers Corp. Product Liability Trust, et al.
USDC No. 3:08-cv-03314-SI**

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On August 7, 2008, I served the attached:

**NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT; TO STRIKE DECLARATIONS OF ALAN J. SHIFFLER AND DR. WILLIAM P. RINGO; AND FOR PAYMENT OF FEES AND COSTS; AND MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF DAVID W. FERMINO IN SUPPORT OF MOTION TO REMAND CASE TO SUPERIOR COURT FOR THE COUNTY OF SAN FRANCISCO**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**ALLIS-CHALMER CORP. PRODUCT LIABILITY TRUST**
KNOX RICKSEN, LLP
1300 Clay Street, Ste. 500
Oakland, Ca 94612-1437
(510) 285-2500

**HONEYWELL INTERNATIONAL, INC. (fka Alliedsignal)**
PERKINS COIE LLP
Four Embarcadero, Ste. 2400
San Francisco, CA 94111
(415) 344-7000

**UNITED TECHNOLOGIES CORP.**
TUCKER ELLIS & WEST LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
(213) 430-3400

**CUMMINS ENGINE CO.**
JACKSON & WALLACE LLP
55 Francisco St., 6th Flr.
San Francisco, CA 94133
(415) 982-6300

**NAVISTAR, INC.
NORTHROP GRUMMAN CORP.**
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Flr.
San Francisco, CA 94105-2981
(415) 546-7500

**PLANT INSULATION CO**
McKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Flr.
San Francisco, CA 94111
(415) 267-4000

**GENUINE PARTS CO.**
POND NORTH LLP
350 South Grand Avenue, Ste. 2850
Los Angeles, CA 90071
(213) 617-6170

**FORD MOTOR COMPANY
GENERAL MOTORS CORP.**
BOWMAN AND BROOKE LLP
879 West 190th Street, Ste. 700
Gardena, CA 90248
(310) 768-3068

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

BERRY & BERRY
P.O. Box 16070
2930 Lakeshore Ave.
Oakland, CA 94610
(510) 835-8330

__XXX__  BY OFFICE MAILING:  I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **August 7, 2008** at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Jane A. Ehni_
JANE A. EHNI