IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CARVETH, | No. C 08-03314SI |
| Plaintiff, | **NOTICE** |
| v. | |
| ALLIS-CHALMERS CORP., | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to remand has been continued to Friday, October 31, 2008, at 9:00 a.m.

Dated: August 13, 2008                                    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk