1  TUCKER ELLIS & WEST LLP
   CURTISS L. ISLER STATE BAR NO. 146903
2  515 South Flower Street
   Forty Second Floor
3  Los Angeles, CA  90071-2223
   Telephone: 213.430.3400
4  Facsimile: 213.430.3409
   Email: curt.isler@tuckerellis.com
5
   TUCKER ELLIS & WEST LLP
6  LANCE D. WILSON STATE BAR NO. 183852
   135 Main Street, Suite 700
7  San Francisco, California 94105
   Telephone: (415) 617-2400
8  Facsimile: (415) 617-2409
   Email: lance.wilson@tuckerellis.com
9
   Attorneys for Defendant
10 UNITED TECHNOLOGIES CORPORATION

11

12               **UNITED STATES DISTRICT COURT**

13               **NORTHERN DISTRICT OF CALIFORNIA**

14

15 NORMAN CARVETH,                    Case No. **C 08-03314 SI**

16        Plaintiff,

17     v.                             **JOINT STIPULATION TO DISMISS
                                      DEFENDANT UNITED TECHNOLOGIES
18 ALLIS-CHALMERS CORPORATION         CORPORATION AND TO REMAND
   PRODUCT LIABILITY TRUST, et al,    ACTION TO STATE COURT
19
          Defendants.                 **[Local Rules 7-1 and 7-12; FRCP 41]**

20       Come now Plaintiff NORMAN CARVETH ("Plaintiff") and Defendant UNITED

21 TECHNOLOGIES CORPORATION ("UTC"), who file the following joint stipulation pursuant

22 to Local Rules 7-1 and 7-12:

23       WHEREAS, Defendant UTC removed this case to the United States District Court for the

24 Northern District of California on July 9, 2008, on the ground that the Court has "federal officer"

25 subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff's allegations

26 that his injury was caused by products designed and manufactured by UTC under the supervision

27 and control of the United States government;

28

                                      1
                                 STIPULATION
                            CASE NO.  C 08-03314 SI
   SFOiManage/074908/000541/160213/1
   074908.000540.161940.1

1      WHEREAS, Defendant UTC was the sole removing defendant and no other defendant

2   joined in removal or filed a separate notice of removal;

3      WHEREAS, Plaintiff and Defendant UTC, the affected parties, have now reached a

4   resolution of Plaintiff's claims against UTC;

5      WHEREAS, Defendant UTC's desire for a federal forum for this action is now moot

6   given the resolution of Plaintiff's claims against it; and

7      WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant UTC seek to have

8   this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties,

9   Plaintiff and Defendant UTC, that all claims against Defendant UTC shall be, and hereby are,

10  dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that

11  this action shall be, and hereby is, immediately remanded to the San Francisco County Superior

12  Court, the court in which it was originally filed and from which it was removed.

13  DATED:  October 30, 2008                    BRAYTON PURCELL

14

15                                              By:

16                                                  Richard Grant
                                                    Attorneys for Plaintiff
17                                                  NORMAN CARVETH

18

19  DATED:  October 30, 2008                    TUCKER ELLIS & WEST LLP

20

21                                              By:

22                                                  Lance Wilson
                                                    Attorneys for Defendant
23                                                  UNITED TECHNOLOGIES
                                                    CORPORATION
24

25

26

27

28
                                    2
                                STIPULATION
                          CASE NO.  C 08-03314 SI

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Case is REMANDED to the

2    Superior Court of California, County of San Francisco, Case. No. 274677.  The Clerk shall send

3    a certified copy of this Order to the Clerk of the Court for the Superior Court of California,

4    County of San Francisco.

5

6    Dated: October ___, 2008                By: _____

7                                                HONORABLE SUSAN ILLSTON

8                                                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFOiManage/074908/000541/160213/1
074908.000540.161940.1